IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES JUSTIN BRYANT,        )
                              )
      Plaintiff,              )
                              )     CIVIL ACTION NO.
      v.                      )       2:18cv930-MHT
                              )           (WO)
BILL FRANKLIN, et al.,        )
                              )
      Defendants.             )
```

ORDER

Upon consideration of plaintiff's filing with the court (doc. no. 8), in which he states that he wishes to dismiss this case because he did not intend to file the lawsuit and that he thought he had signed something else, it is ORDERED that:

(1) Plaintiff's filing is construed as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and this case is dismissed without prejudice.

(2) The order granting the motion to proceed in forma pauperis (doc. no. 3) is vacated, and no filing fee is to be collected.

This case is closed.

DONE, this the 14th day of November, 2018.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**